UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Education Resources Institute, Inc.,

Plaintiff,

v.

Daniel A. Dettlaff,

Defendant.

Civil No. 01-782 JMR/FLN

**ORDER**

---

Kris A. Wittwer, Esq., for Plaintiff.
Defendant appears *pro se*.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on April 22, 2002, on Defendant's Motion To Limit Plaintiff's Use of Untimely Disclosed Documents [#15]

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion To Limit Plaintiff's Use of Untimely Disclosed Documents [#15] is **DENIED**.

DATED: May 8, 2002.

Franklin L. Noel
FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK