UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Education Resources Institute, Inc.,

Plaintiff,

v.

Daniel A. Dettlaff,

Defendant.

Civil No. 01-782 JMR/FLN

**ORDER**

---

Kris A. Wittwer, Esq., for Plaintiff.
Defendant appears *pro se.*

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on July 1, 2002, on Plaintiff's Motion for Attorney Fees [#30].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney Fees [#30] in the amount of $12,675.00 is **GRANTED**.

DATED: July 2, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK