UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-782(JMR/FLN)

| | | |
|---|---|---|
| The Education Resources Institute, Inc. | ) | |
| v. | ) | ORDER |
| Daniel A. Dettlaff | ) | |

Defendant appeals the Order dated July 2, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge, granting plaintiff's motion for attorney fees in the amount of $12,675.00. Defendant's appeal was timely pursuant to Local Rule 72.1(b)(2).

After a thorough review of the files, records, and proceedings herein, the Court determines that the Magistrate's Order is neither clearly erroneous nor contrary to law. Accordingly, IT IS ORDERED that:

The Magistrate's Order is affirmed.

Dated: August 30, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
SEP 2002
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS