**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Education Resources Institute, Inc.
Plaintiff,

vs.

Daniel A. Dettlaff,
Defendant.

Civil No. 01-782

**NOTICE OF MOTION AND MOTION FOR JUDGMENT**

---

To: Defendant, Daniel A. Dettlaff, 809 Gramsey Place, Burnsville, MN 55306:

PLEASE TAKE NOTICE, that Plaintiff by and through its counsel shall move the court for the following Order for Judgment:

1. Judgment shall be entered in favor of the Plaintiff and against Defendant, Daniel A. Dettlaff, in the amount of $16,875.61, plus interest thereon at 5.14% from May 8, 2002 until judgment is entered, plus $12,675.00 constituting court awarded attorney's fees, plus an additional $3,400.00 in attorney's fees and $191.40 in costs awarded on appeal.

This motion is based upon all the files, records, and proceedings herein, the accompanying affidavit of counsel and memorandum of law.

Dated: April 12, 2005

**STEWART, ZLIMEN & JUNGERS, LTD.**

_/s/ John Olchefske______________
John Olchefske, #329769
Kris A. Wittwer, #165311
Attorneys for Plaintiff
430 Oak Grove Street #200
Minneapolis, MN 55403
612-870-4100