**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Education Resources Institute, Inc.
Plaintiff,

Civil No. 01-782

vs.

**MEMORANDUM**

Daniel A. Dettlaff,

Defendant.

---

On May 8, 2002, The Honorable James M. Rosenbaum granted Plaintiff's motion for Summary Judgment in its entirety. The Defendant appealed an Order dated July 2, 2002, granting Plaintiff's Motion for Attorney Fees in the amount of $12,675.00. The Court affirmed the Order on August 30, 2002, based on a thorough review of the files, records and proceedings herein. The Defendant appealed the order granting summary judgment to the Eighth Circuit. The Eighth Circuit affirmed the award of summary judgment. Plaintiff-Appellee brought a motion for an Award of Attorney Fees and Costs on Appeal. The Eighth Circuit granted attorneys fees in the amount of $3,400.00 and costs in the amount of $191.40.

Based upon the foregoing, as well as the Court records and files herein, Plaintiff requests that judgment be entered upon the sum of $16,875.61, plus interest thereon at 5.14% from May 8, 2002 until judgment is entered, attorney's fees in the amount of $12,675.00, and attorney's fees and costs on appeal in the amount of $3,400.00 plus costs of $191.40.

Dated: April 12, 2005 **STEWART, ZLIMEN & JUNGERS, LTD.**

/s/ John Olchefske
John Olchefske, #329769
Kris A. Wittwer, #165311
Attorneys for Plaintiff
430 Oak Grove Street #200
Minneapolis, MN 55403
612-870-4100