STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE BY MAIL**

TERESA KOLHOFF, being duly sworn, says that on April 13TH, 2005, in Minneapolis, Minnesota, she served the attached Notice of Motion and Motion for Judgment, Proposed Order, Affidavit with Exhibits, and Memorandum on Defendant:

Daniel A. Dettlaff
809 Gramsey Place
Burnsville, MN 55306

by depositing a true and correct copy thereof, properly enveloped, with postage prepaid, by United States mail and addressed to each such person at the addresses shown, the last known address of such person, in the post office at Minneapolis, Minnesota, where the offices for Plaintiff's counsel are located.

[signature]

Subscribed and sworn to before me

this April 13, 2005.

[signature]
Notary Public

R... L A. TESS
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2008