**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Education Resources Institute, Inc.,
Plaintiff,

Civil No. 01-782

vs.

**ORDER FOR JUDGMENT**

Daniel A. Dettlaff,

Defendant.

---

Based on the files, records, and proceedings herein, the Court grants Plaintiff the following Order:

**ORDER FOR JUDGMENT**

1. Judgment shall be entered in favor of the Plaintiff and against Defendant, Daniel A. Dettlaff, in the amount of $16,875.61, plus interest thereon at the rate of 5.14% from May 8, 2002 until judgment is entered, plus $12,675.00 constituting court awarded attorney's fees, plus an additional $3,400.00 in attorney's fees and $191.40 in costs awarded on appeal.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Date: May 9, 2005

s/James M. Rosenbaum
The Honorable James M. Rosenbaum
United States Chief District Judge