AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

The Education Resources Institute, Inc.

V.

Daniel A. Dettlaff

## JUDGMENT IN A CIVIL CASE

Case Number: 01-782 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgement is entered in favor of the Plaintiff and against Defendant, Daniel A. Dettlaff, in the amount of $16,875.61, plus interest thereon at the rate of 5.14% from May 8, 2002 until judgment is entered, plus $12,675.00 constituting court awarded attorney's fees, plus an additional $3,400.00 in attorney's fees and $191.40 in costs awarded on appeal.

May 12, 2005
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk