**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil No.: 01-782
JMR/FLN

The Education Resources Institute, Inc.

Plaintiff

vs.

**SATISFACTION OF JUDGMENT**

Daniel A Dettlaff

Defendant

---

I am an attorney with the law firm of Stewart, Zlimen & Jungers, LTD., attorneys for the Plaintiff. I hereby certify that the judgment entered on in this action on May 9, 2005 in favor of the Plaintiff and against the Defendant, has been paid in full. The Clerk of this Court is hereby authorized to discharge said judgment of record.

In testimony whereof, I have hereunto set my hand on October 12, 2007.

**STEWART, ZLIMEN & JUNGERS, LTD.**

Linda Jeanne Jungers, #5303X
Kris A. Wittwer, #165311
Attorneys for Plaintiff
2277 Highway 36 West, #100
Roseville, MN 55113
Phone: 651-366-6380

STATE OF MINNESOTA )
)SS
COUNTY OF RAMSEY )

On October 12, 2007, before me personally appeared the above-named attorney to me known to be the person described in and who executed the foregoing instrument and acknowledged that he/she executed the same as his/her free act and deed on behalf of the judgment creditor/plaintiff.

Notary Public

TERESA KOLHOFF
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

SCANNED
OCT 17 2007
U.S. DISTRICT COURT MPLS

# STEWART, ZLIMEN & JUNGERS, LTD.

ATTORNEYS AT LAW

ALLAN J. ZLIMEN
LINDA J. JUNGERS
KRIS A. WITTWER
BRADLEY J. HALBERSTADT
JESSICA SEDEY

NORMAN E. STEWART
*1916-1986*

SUITE 100
2277 HIGHWAY 36 WEST
ROSEVILLE, MN 55113
Facsimile 651-366-6381

JANET MOEN
*Office Manager*
LORI RASMUSSEN
*Legal Assistant*

Telephone

612-870-4100

October 15, 2007

**IMPORTANT**

Attention: Clerk of Court
United States District Court
District of Minnesota
300 South 4th Street
Minneapolis, MN 55415

RECEIVED
07 OCT 17 PM 3:27
CLERK U.S. DIST. COURT
MINNEAPOLIS

Re: The Education Resources Institute, Inc.
vs.
Daniel A Dettlaff

Our File No.: 01-00198-0
Court Case No.: 19-C6-05-8636

Dear Sir or Madam:

Enclosed for filing is a Satisfaction of Judgment.

Sincerely,

**STEWART, ZLIMEN & JUNGERS, LTD.**

Janet Moen
Office Manager

JM:rt

Enclosure